# SPECIAL ORDERS

In this section are orders of the Court (other than grants and denials of leave to appeal from the Court of Appeals) of general interest to the bench and bar of the state.

*Reconsideration Denied September 10, 2007:*

GRIEVANCE ADMINISTRATOR V TROMBLEY, No. 133099.

*Rehearings Denied September 18, 2007:*

THE GREATER WAY BIBLE WAY TEMPLE OF JACKSON V CITY OF JACKSON. Reported at 478 Mich 373.

GOLDSTONE V BLOOMFIELD TOWNSHIP PUBLIC LIBRARY. Reported at 479 Mich 554.

CAVANAGH, WEAVER, and KELLY, JJ. We would grant rehearing.

*Order Entered September 18, 2007:*

PROPOSED AMENDMENT OF RULE 7.215 OF THE MICHIGAN COURT RULES. On order of the Court, this is to advise that the Court is considering an amendment of Rule 7.215 of the Michigan Court Rules. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford interested persons the opportunity to comment on the form or the merits of the proposal or to suggest alternatives. The Court welcomes the views of all. This matter also will be considered at a public hearing. The notices and agendas for public hearings are posted at www.courts.michigan.gov/supremecourt.

Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption of the proposal in its present form.

[The present language would be amended as indicated below:]

RULE 7.215. OPINIONS, ORDERS, JUDGMENTS, AND FINAL PROCESS FROM COURT OF APPEALS.

(A)-(I) [Unchanged.]

(J) Resolution of Conflicts in Court of Appeals Decisions.

(1) [Unchanged.]

(2) Conflicting Opinion. If a A panel that follows a prior published decision only because it is required to do so by subrule (1), and if the ultimate disposition of the case is thereby affected, the panel must so indicate in the text of its opinion, citing this rule and explaining its disagreement with the prior decision and the disposition it would have